IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID C. BEINLICH and KAREN F. BEINLICH, | : : : | |
| Plaintiffs, | : : | No. 11-579 |
| vs. | : : | [Filed Electronically] |
| CHIEF EXPLORATION & DEVELOPMENT LLC, *et al.*, | : : : : | Chief Judge Kane |
| Defendants. | : | |

## RULE 7.1 DISCLOSURE

Chief Exploration & Development LLC is the parent corporation of Chief Oil & Gas LLC. No publicly held corporation holds 10 per cent or more of the stock of either entity.

April 20, 2011

s/ George A. Bibikos
David R. Fine (PA 66742)
david.fine@klgates.com
George A. Bibikos (PA 91249)
george.bibikos@klgates.com
Market Square Plaza
17 North Second Street, 18th Fl.
Harrisburg, PA 17101
(717) 231-4500

*Counsel for Chief Exploration & Development LLC*

# **CERTIFICATE OF SERVICE**

I certify that, on April 20, 2011, I filed the attached electronically such that it will be served automatically on the following:

Christian Lovecchio, Esq.
CAMPANA, LOVECCHIO, AND MORRONE
602 Pine Street
Williamsport, PA 17701
(570) 326-2401
Email: clovecchio@clmpc.com
*Counsel for Plaintiffs*

Russell L. Schetroma, Esq.
Brian J. Pulito, Esq.
STEPTOE & JOHNSON, PLLC
201 Chestnut Street, Suite 200
Meadville, PA 16335
*Counsel for The Keeton Group*

                          /s George A. Bibikos
                          George A. Bibikos