IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID C. BEINLICH and KAREN F. BEINLICH, | : | |
| Plaintiffs, | : | No. 11-579 |
| vs. | : | [Filed Electronically] |
| CHIEF EXPLORATION & DEVELOPMENT LLC, *et al.*, | : | Judge Kane |
| Defendants. | : | |

## ANSWER OF CHIEF EXPLORATION & DEVELOPMENT, LLC

Chief Exploration & Development LLC ("Chief") offers the following as its answer to the complaint filed by Plaintiffs David and Karen Beinlich.

### FIRST DEFENSE

Chief admits the allegations included in the following paragraphs (or portions of paragraphs) of the complaint: 2 (to the extent it identifies the plaintiffs); 3, 4 (to the extent they identify the defendants); 5, 6 (to the extent it identifies property subject to the lease at issue); 8, 9, 14 (to the extent it identifies a declaration of pooling); 17, 46. Chief is without sufficient information to admit or deny the allegations included in the following paragraphs (or portion of paragraphs) of the complaint: 7. The following paragraphs (or portions of paragraphs) of the complaint

refer to and/or characterize documents that speak for themselves and are therefore denied (to the extent paragraphs or portions of paragraphs may be deemed to assert facts, they are denied): 10, 11, 12, 13, and 15. The following paragraphs or portions of paragraphs constitute legal conclusions to which no response is required (to the extent they may be deemed to assert facts, they are denied): 32, 33, 35, 37, 38, 39, 40, 42, 43, 47, 48, 50, 52. ***Chief denies all remaining allegations of the complaint.***

## SECOND DEFENSE

Some or all of the claims in the complaint fail to state a claim for which relief may be granted.

## THIRD DEFENSE

Some or all of the claims in the complaint are barred by ratification, waiver or estoppel.

## FOURTH DEFENSE

Some or all of the claims in the complaint are barred by the plaintiffs' failure to comply with conditions precedent to filing suit pursuant to the lease agreement.

Respectfully submitted,

**K&L GATES LLP**

June 29, 2011

s/ David R. Fine
David R. Fine (PA 66742)
david.fine@klgates.com
George A. Bibikos (PA 91249)
george.bibikos@klgates.com
Market Square Plaza
17 North Second Street, 18th Fl.
Harrisburg, PA 17101
(717) 231-4500

*Counsel for Chief Exploration & Development, LLC*

# **CERTIFICATE OF SERVICE**

I certify that, on June 29, 2011, I filed the attached electronically such that it will be served automatically on the following:

Christian Lovecchio, Esq.
CAMPANA, LOVECCHIO, AND MORRONE
602 Pine Street
Williamsport, PA 17701
(570) 326-2401
Email: clovecchio@clmpc.com
*Counsel for Plaintiffs*

Russell L. Schetroma, Esq.
Brian J. Pulito, Esq.
STEPTOE & JOHNSON, PLLC
201 Chestnut Street, Suite 200
Meadville, PA 16335
*Counsel for The Keeton Group*

/s David R. Fine